1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11  METROPOLITAN LIFE INSURANCE
    COMPANY,
12                                                  No. 2:24-cv-03278-TLN-CSK
              Plaintiff-in-Interpleader,
13
         v.                                         **ORDER**
14
    SELENA SANCHEZ; HAYDEE ARIAS
15  SANCHEZ; ANTHONY J. SANCHEZ;
    and ARMANDO J. SANCHEZ,
16
              Defendants-in-Interpleader.
17
18
19
20
21
22
23
24
25
26
27
28

-1-

# ORDER

Having reviewed the Stipulation of the parties, and for good cause appearing, IT IS HEREBY ORDERED as follows:

1. That MetLife shall be discharged of any and all liability with respect to the life insurance benefits payable as a result of the death of Neal Sanchez (the "Plan Benefits") under the JM Eagle Life and Disability Program (the "Plan") and the group certificate of life insurance issued by MetLife to JM Eagle, including any and all claims that Defendants-in-Interpleader have, had or may have regarding the Plan Benefits and Group Policy;

2. That MetLife shall be dismissed from this action entirely with prejudice;

3. That Defendants-in-Interpleader shall be enjoined and perpetually restrained from instituting any action or proceeding in any state or federal court against MetLife, JM Eagle, or the Plan, and any of their affiliates, successors, employees, representatives or agents for the recovery of the Plan Benefits;

4. That Defendants-in-Interpleader preserve any and all claims and defenses against each other as to the Contested Benefits and that this Stipulation shall not be deemed an admission as to the apportionment of the Contested Benefits as to any Defendant-in-Interpleader.

**IT IS SO ORDERED.**

Date: December 29, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

-1-